# Memorandum

| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment - <br> MARIO ANTWAINE HOLIFIELD <br> SENTENCING GUIDELINES CASE | June 12, 2007 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk <br> U.S. District Court <br> Middle District of Alabama | Matthew W. Shepherd *MWS* <br> Assistant U.S. Attorney |

Please issue an arrest warrant for the following person who is to be indicted at the June 12, 2007, Grand Jury:

        MARIO ANTWAINE HOLIFIELD
        1004 Palm Ave.
        Birmingham, AL 35214

        <u>LIMITS OF PUNISHMENT</u>
        Cts. 1 & 2:
        NMT $250,000 or twice gross loss to
        victim or twice gross gain to
        defendant, whichever is greatest;
        NMT 10Y or, if previously convicted of three violent felonies or serious drug offenses, then NLT 15 Y and NMT life;
        NMT 3Y SUP REL, or NMT 5Y SUP REL if Armed Career Criminal;
        $100 Assessment Fee;
        VWPA.

        Estimated trial time: 2 days