AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

UNITED STATES OF AMERICA

V.

MARIO ANTWAINE HOLIFIELD
1004 Palm Drive
Birmingham, Alabama 35214

**WARRANT FOR ARREST**

Case Number: 2:07CR123-WKW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Mario Antwaine Holifield_
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

Gun controlled act

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

DEBRA P. HACKETT
Name of Issuing Officer

Signature of Issuing Officer

Clerk, U. S. District Court
Title of Issuing Officer

6/14/2007 - Montgomery, Alabama
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |