```
         IN THE DISTRICT COURT OF THE UNITED STATES
           FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

```
UNITED STATES OF AMERICA        )
                                )
        v.                      )   CR. NO. 2:07cr123-WKW
                                )
MARIO ANTWAINE HOLIFIELD        )
aka MARIO ANTWINE HOLIFIELD     )
aka MARIO ANTWANE HOLIFIELD     )
aka KEVIN ROONEY                )
```

UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, John T. Harmon, and enters his notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this 22nd day of June, 2007.

```
                     FOR THE UNITED STATES ATTORNEY
                           LEURA G. CANARY


                     /s/John T. Harmon
                     John T. Harmon
                     Assistant United States Attorney
                     Office of the United States Attorney
                     Middle District of Alabama
                     One Court Square, Suite 201 (36104)
                     Post Office Box 197
                     Montgomery, Alabama 36101-0197
                     Telephone:(334) 223-7280
                     Facsimile:(334) 223-7560
                     E-mail: John.Harmon@usdoj.gov
                     Bar Number: 7068-II58J
```

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney