# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CASE NO: 2:07-cr-123-WKW** |
| | **)** | |
| **MARIO A. HOLIFIELD** | **)** | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel, Michael J. Petersen, Esq., and files this motion to withdraw as counsel.  In support of this motion, defense counsel states that there is a potential conflict of interest in this representation.  CJA Panel attorney **Bill Whatley** has agreed to accept appointment to represent Mr. Holifield.

WHEREFORE, undersigned counsel respectfully requests that this Motion be granted.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

the following:  Matthew W. Shepherd, Esquire, Assistant United States Attorney, One Court

Square, Suite 201, Montgomery, Alabama 36104.

<u>s/ Michael J. Petersen</u>
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M