IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 2:07-cr-123-WKW |
| | ) WO |
| MARIO ANTWAINE HOLIFIELD | ) |

RECEIVED
2007 AUG 27 P2:27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

<u>NOTICE OF APPEARANCE</u>

Comes now counsel and following his appointment as counsel of record for Mr. Holifield, files this Notice of Appearance in this case. In making this appearance, counsel requests:

1. That notices of continuances, hearing settings, docket setting, or otherwise announcements or notices regarding said case be forwarded to him at his address provided herein.

2. That the name of counsel be entered herein on the appropriate court records.

Respectfully submitted this 27th of August, 2007.

William W. Whatley, Jr. (WHA004)

Address of Counsel:
P.O. Box 230743
Montgomery, AL
36123-09743
(334)272-0709
(334)260-9072 fax
wwwhatley@bellsouth.net

**CERTIFICATE OF SERVICE**

I, William W. Whatley, Jr., Counsel for Curtis Bell, hereby certify that I have served a copy of the foregoing on Matthew Shepard, Esq., by delivering to him or depositing a copy of same in the United States mail, first class, postage prepaid, and properly addressed to him on this the 27th day of August, 2007.

William W. Whatley, Jr.