IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr123-WKW |
| | ) | |
| MARIO A. HOLIFIELD | ) | |

## **ORDER**

Upon consideration of defendant attorney's motion to withdraw as counsel (Doc. # 13), filed August 13, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. CJA panel attorney Bill Whatley is appointed to represent the defendant in the above-referenced case. The appointed attorney shall file a written notice of appearance with this court.

DONE, this 17th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE