IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr123-WKW |
| | ) | |
| MARIO ANTWAINE HOLIFIELD | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on August 27, 2007 before the undersigned Magistrate Judge. Present at this conference were William W. Whatley Jr., counsel for the defendant, and Assistant United States Attorney Matthew Shepherd, counsel for the government. As a result of the conference, it is hereby ORDERED as follows:

1. Jury selection is set for November 5, 2007. The trial of this case is set during the trial term commencing on November 5, 2007 before United States District Judge William Keith Watkins and is expected to last 1 ½ days.

2. There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before October 29, 2007. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before October 29, 2007. Motions in limine must be accompanied by a brief. Failure to file a brief

will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before October 29, 2007.

6. The court will not consider a plea pursuant to Rule 11(c)(1)(A) or (C) unless notice is filed on or before noon on October 24, 2007. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on November 5, 2007. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on November 5, 2007, as to all defendants, even though a particular guilty plea was not accepted by the court.

7. This case is set for a final pretrial conference on October 12, 2007 at 3:00 p.m. in Courtroom 5B.

DONE, this 29th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE