IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07-cr-123-WKW |
| ) | |
| MARIO ANTWAINE HOLIFIELD ) | |

## PETITION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Mario Antwaine Holifield, into the custody of Dwight Brown, ATF, and/or Sybil Hall-McNeil, ATF, and/or Tim Fitzpatrick, ATF, and/or Jennifer Rudden, ATF, and/or Robert Green, Montgomery Police Department, from September 13, 2007, through December 13, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Dwight Brown, ATF, and/or Sybil Hall-McNeil, ATF, and/or Tim Fitzpatrick, ATF, and/or Jennifer Rudden, ATF, and/or Robert Green, Montgomery Police Department, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 12th of September, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:07-cr-123-WKW |
| ) | |
| MARIO ANTWAINE HOLIFIELD ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on September 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

                          LEURA G. CANARY
                          UNITED STATES ATTORNEY

                          /s/ Matthew W. Shepherd
                          MATTHEW W. SHEPHERD
                          Assistant United States Attorney
                          Post Office Box 197
                          Montgomery, Alabama 36101-0197
                          334.223.7280
                          334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-123-WKW |
| | ) | |
| MARIO ANTWAINE HOLIFIELD | ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on September 12, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Mario Antwaine Holifield, to Dwight Brown, ATF, and/or Sybil Hall-McNeil, ATF, and/or Tim Fitzpatrick, ATF, and/or Jennifer Rudden, ATF, and/or Robert Green, Montgomery Police Department, on September 13, 2007, through December 13, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Dwight Brown, ATF, and/or Sybil Hall-McNeil, ATF, and/or Tim Fitzpatrick, ATF, and/or Jennifer Rudden, ATF, and/or Robert Green, Montgomery Police Department, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the _____ day of September, 2007.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE