IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-123-WKW |
| | ) | |
| MARIO ANTWAINE HOLIFIELD | ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner (Doc. # 19), filed on September 12, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshal's Service release custody of Mario Antwaine Holifield, to Dwight Brown, ATF, and/or Sybil Hall-McNeil, ATF, and/or Tim Fitzpatrick, ATF, and/or Jennifer Rudden, ATF, and/or Robert Green, Montgomery Police Department, on September 13, 2007, through December 13, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Dwight Brown, ATF, and/or Sybil Hall-McNeil, ATF, and/or Tim Fitzpatrick, ATF, and/or Jennifer Rudden, ATF, and/or Robert Green, Montgomery Police Department, return said prisoner into the custody of the United States Marshal's Service when they have finished with him.

DONE, this 13th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE