IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr123-WKW |
| | ) | |
| MARIO ANTWAINE HOLIFIELD | ) | |

## **ORDER**

Upon consideration of the government's motion to continue pretrial conference (Doc. # 21), filed October 11, 2007, and for good cause, it is

ORDERED that the motion be and hereby is DENIED as moot.

DONE, this 18th day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE