IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-CR-123-WKW |
| | ) | |
| MARIO ANTWAINE HOLIFIELD | ) | |

MOTION FOR DOWNWARD DEPARTURE FOR
ACCEPTANCE OF RESPONSIBILITY

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level defendant's offense level based on defendant's acceptance of responsibility. As grounds for this motion, the United States avers as follows:

1. A grand jury sitting in the Middle District of Alabama returned an indictment against defendant on June 14, 2007.

2. After being arrested, defendant notified the United States of his intent to plead guilty sufficiently early to permit the government to avoid preparing for trial and to allocate its resources efficiently. Defendant pled guilty on October 26, 2007.

3. Therefore, pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in defendant's offense level for acceptance of responsibility such that the total reduction in offense level for defendant's acceptance of responsibility shall be three (3) levels.

WHEREFORE, the United States respectfully requests that this motion be GRANTED.

Respectfully submitted this the 14th day of January, 2008.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>/s/ Matthew W. Shepherd
>MATTHEW W. SHEPHERD
>Assistant United States Attorney
>Post Office Box 197
>Montgomery, Alabama 36101-0197
>334-223-7280
>334-223-7135 Fax
>matthew.shepherd@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-CR-123-WKW |
| | ) | |
| MARIO ANTWAINE HOLIFIELD | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to William W. Watley, Jr., attorney for the defendant.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Matthew W. Shepherd
    MATTHEW W. SHEPHERD
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    334-223-7280
    334-223-7135 Fax
    matthew.shepherd@usdoj.gov