IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:07-cr-123-WKW |
| ) | [wo] |
| MARIO ANTWAINE HOLIFIELD ) | |
| a/k/a MARIO ANTWINE HOLIFIELD ) | |
| a/k/a MARIO ANTWANE HOLIFIELD ) | |
| a/k/a KEVIN ROONEY ) | |

**FINAL ORDER OF FORFEITURE**

This case is before the court on the United States of America's Motion for a Final Order of Forfeiture (Doc. # 40). It is ORDERED that the motion is GRANTED for the following reasons:

On November 6, 2007, this Court entered a Preliminary Order of Forfeiture, ordering Defendant Mario Antwaine Holifield to forfeit the following firearms: One Smith & Wesson handgun, model SW357V, bearing serial number PBA6294 and One Bersa .380 caliber semiautomatic handgun, bearing serial number 588697;

The United States published notice of this forfeiture in the Montgomery Independent newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms;

No timely petition has been filed; and,

The court finds that Defendant Mario Antwaine Holifield had an interest in the firearms that are subject to forfeiture pursuant to Title 18, United States Code, Section 924,

and Title 28, United States Code, Section 2461(c).  The United States has established the requisite nexus between such firearms in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

It is therefore ORDERED, ADJUDGED, AND DECREED:

1.  The following firearms are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> **One Smith & Wesson handgun, model SW357V, bearing serial number PBA6294; and,**
>
> **One Bersa .380 caliber semiautomatic handgun, bearing serial number 588697.**

2.  All right, title, and interest to the firearms described above are hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

3.  The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4.  The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

DONE this 30th day of January, 2008.

                                         /s/   W.  Keith Watkins
                                      UNITED STATES DISTRICT JUDGE